1114

No. 82–5692. JONES v. CHRYSLER CREDIT CORP. Ct. App. La., 1st Cir. Certiorari denied.

No. 82–5693. GARRETT v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–5694. THOMAS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 82–5695. MANIS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 82–5696. POOL v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 82–5697. SMITH v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 82–5699. OLGUIN v. GRIFFIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 82–5701. JACOBS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 82–5703. PAUTH-ARZUZA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5704. GADSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–5705. EVANS v. ZIMMERMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5707. LOFTON ET AL. v. SCHABARUM ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–5711. FLYNN v. MAINE EMPLOYMENT SECURITY COMMISSION ET AL. Sup. Jud. Ct. Me. Certiorari denied.